UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:12-cr-0035-SEB-DKL |
| | ) | |
| DAEMEZ L. LONG, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On June 28, 2016 and April 20, 2017, the Court held hearings on the Petition for Warrant or Summons for Offender Under Supervision filed on June 10, 2016. Defendant Long appeared in person with his appointed counsel Gwendolyn Beitz. The government appeared by Brad Shepard, Assistant United States Attorney, and MaryAnn Mindrum, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Mark McCleese.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Long of his rights and ensured he had a copy of the Petition. Defendant Long orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Long admitted violation 1. [Docket No. 82.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not commit another federal, state, or local crime."**<br><br>On June 6, 2016, via Criminal Complaint, Mr. Long was charged in the Southern District of Indiana with Knowingly Possessed with the Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin. This case remains pending under cause number 1:16-mj-0392. |

4. Government orally moved to dismiss violations 2 and 3, and the same was granted.

5. The Court finds that:

   (a) The highest grade of violation is a Grade A violation.

   (b) Defendant's criminal history category is IV.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 24 months' imprisonment.

5. The parties jointly recommended a sentence of twenty-fours (24) months imprisonment with no supervised release to follow; the sentence to be served concurrently to Defendant's sentence under 1:16-cr-0139-TWP-DML-1.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the Petition, and recommends that Defendant's supervised release be revoked, and that he be sentenced to the custody of the Attorney General or his designee for a period of twenty-four (24) months with no supervised release to follow. The Magistrate Judge further recommends that the sentence be served concurrently to his sentence under 1:16-cr-0139-TWP-DML-1. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: 24 APR 2017

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal