UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:12-cr-00035-SEB-DKL |
| DAEMEZ LONG (01), ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Daemez Long's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders the Defendant to the custody of the Attorney General or his designee for a period of twenty-four (24) months with no supervised release to follow. The Magistrate Judge further recommends that the sentence be served concurrently to his sentence under 1:16-cr-0139-TWP-DML-1. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

**SO ORDERED**.

Date: 5/17/2017

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole

United States Marshal Service